**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 16-cv-00157-NYW

STEPHANIE MCMAHON,

      Plaintiff,

v.

RAVENBRICK, LLC,

      Defendant.

---

**ORDER SETTING SCHEDULING/PLANNING CONFERENCE AND SETTING
DEADLINE FOR FILING OF CONSENT/NONCONSENT FORM**

---

      This case has been directly assigned to Magistrate Judge Nina Y. Wang pursuant to
D.C.COLO.LCivR 40.1(c).

      IT IS ORDERED:

      1.   The court shall hold a Fed. R. Civ. P. 16(b) scheduling and planning conference on:

**March 10, 2016 at 9:30 a.m.**

in Courtroom C-204, 2d Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street,
Denver, Colorado.  Please remember that anyone seeking entry into the Byron G. Rogers United
States Courthouse will be required to show valid photo identification. *See* D.C.COLO.LCivR
83.2(b).

      2.   A copy of the instructions for the preparation of a scheduling order and a form of
scheduling order can be downloaded from the court's website at www.cod.uscourts.gov.  The
parties or their counsel shall submit their proposed scheduling order, pursuant to District of
Colorado Electronic Case Filing ("ECF") Procedures V.6.0, including a copy of the proposed
scheduling order in a Word format sent via email to Wang_Chambers@cod.uscourts.gov, on or
before seven days prior to the Scheduling Conference:

**March 3, 2016**

3. The parties shall complete and file the Consent/Nonconsent Form indicating either unanimous consent of the parties or that consent has been declined, on or before:

**February 25, 2016**

4. The parties shall hold a pre-scheduling conference meeting and prepare a proposed Scheduling Order in accordance with Fed. R. Civ. P. 26(f) and D.C.COLO.LCivR 16.1 and 26.1(a) on or before:

**21 days prior to scheduling conference**

Pursuant to Fed. R. Civ. P. 26(d), no discovery will be deemed served until at least the pre-scheduling conference meeting contemplated by Fed. R. Civ. P. 26(f).

5. The parties shall comply with the mandatory disclosure requirements of Fed. R. Civ. P. 26(a)(1) on or before:

**14 days after the pre-scheduling conference meeting**.

DATED: January 27, 2016

BY THE COURT:

s/Nina Y. Wang_____
United States Magistrate Judge